# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CONSUL GROUP RE DOS MIL VEINTIUNO SOCIEDAD DE RESPONSABILIDAD LIMITADA, ET AL., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 19-1254-CBM(Ex) |
| v. | |
| LIDIA ZINCHENKO, ET AL., | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

  IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05.

February 25, 2019
Date

_(signature)_
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

  This case has been reassigned to Judge   John A. Kronstadt   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   JAK   after the case number in place of the initials of the prior judge so that the case number will read   2:19-cv-01254 JAK(Ex)  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (10/16)                    ORDER RETURNING CASE FOR REASSIGNMENT