JAMES KAWAHITO (SBN:234851)
KAWAHITO LAW GROUP APC
222 N. Pacific Coast Hwy., Suite 2222
El Segundo, CA 90245
Telephone: (310) 746-5300
Facsimile: (310) 593-2520
Email:  jkawahito@kawahitolaw.com

Attorney for Defendants Michael Guss and
Lidia Zinchenko

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CONSUL GROUP RE DOS MIL VEINTIUNO SOCIEDAD DE RESPONSABILIDAD LIMITADA AKA CONSUL GROUP RE 2021 S.R.L. AKA CONSUL GROUP RE 2021, LTDA, a Costa Rican limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>LIDIA ZINCHENKO aka LIDIYA ZINCHENKO, an individual and dba RAINIER AG; MICHAEL GUSS AKA MICHAEL GAUSS AKA MIKHAIL GASS AKA MICHAEL I GUSS AKA MICHAEL I. SYROEJINE AKA MIKHAIL IVAN SYROJINE AKA MICHAEL SYROJESCHIN, AKA MIKHAIL SYROETINE, an individual, and dba EMBLES FINANCIAL; EZBANC CORP., a Florida Corporation; GREGORY MANCUSO aka GREG MANCUSO, an individual; THE BANK OF NEW YORK MELLON CORPORATION aka BNY MELLON, a Delaware corporation; PERSHING, LLC, a Delaware corporation; and DOES 1-50,<br><br>Defendants. | CASE NO.  2:19-cv-01254-JAK (Ex)<br><br>**DECLARATION OF TATIANA GUTSCHMIDT EL CHBEIR IN SUPPORT OF DEFENDANTS MICHAEL GUSS AND LIDIA ZINCHENKO'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br><br>Date:        June 24, 2019<br>Time:        8:30 a.m.<br>Location: Courtroom 10B |

## DECLARATION OF TATJANA GUTSCHMIDT EL CHBEIR

I, Tatjana Gutschmidt El Chbeir, declare:

1.    I am an adult resident of Switzerland.  I am the Managing Director of Rainier AG.  If called as a witness, I would testify truthfully to the matters set forth herein.  All of the matters set forth in this declaration are within my personal knowledge, except those matters that are stated to be upon information and belief.  As to such matters, I believe them to be true.

2.    Attached hereto and marked as Ex. A is the Brokerage Account Application with Rainier AG completed and executed by Mauricio Lara Ramos on behalf of Consul Group RE 2021, S.R.L.

3.    Attached hereto and marked as Ex. B is the Full Trading Authorization form with Rainier AG completed and executed by Mauricio Lara Ramos on behalf of Consul Group RE 2021, S.R.L.

4.    Attached hereto and marked as Ex. C is the Brokerage Account Agreement signed by Mauricio Lara Ramos on behalf of Consul Group RE 2021, S.R.L.

5.    Ranier AG is a privately owned Swiss asset management firm offering wealth management, fiduciary, and securities trading services to clients worldwide.

6.    It is in good standing with the Swiss Government Registry.  Ranier AG is a member of Association Romande des Intermédiaires Financiers ("ARIF"), which is a self-regulatory organization ("SRO") recognized by the Swiss Financial Market Supervisory Authority ("FINMA") to assist in the prevention of money laundering Swiss Federal Act on Combating Money Laundering and Terrorist Financing in the Financial Sector (MLA).

7.    For regulatory purposes, Rainier AG does not handle accounts related to U.S. citizens and residents.  It has no offices or operations in the United States and does not work with U.S. based clients.  As set forth in Rainier AG's standard Brokerage Agreements, it does not open accounts for U.S. residents or citizens, or entities that have "Significant Persons" or "Designated Persons" who are a U.S. citizen, resident, or person subject to U.S. federal income tax on income.  See Ex. A-12, 13.  Individuals or entities who seek to open an

Declaration of Tatjana Gutschmidt El Cheibr

account with Rainier AG must disclose all U.S. ties prior to approval by Rainier AG.  See Ex. A-12, 13.  Those with ties or presence in the U.S. are denied accounts with Rainier AG.

8.    After completion of the Brokerage Agreement, Rainier opened an account for Consult Group re Dos Mil Veintiundo Sociedad de Responsibilidad's ("Consul").

9.    In early 2019, Rainier AG's Compliance Department made the decision to withhold Consul's access to its accounts on the basis of concerns about illegal activity.  A true and correct copy of correspondence between Rainier AG's Compliant Department and Financial Industry Regulatory Authority ("FINRA") outlining the concerns is attached hereto and marked as Exhibit D.

10.    Rainier AG maintains an interest in the compliance and regulatory issues related to the securities and funds deposited by Consul.  The securities and funds will be held pending the completion of the investigations by the relevant regulatory authorities.  The return of funds and securities to Consul during the pendency of the investigations would violate Swiss laws and regulations and jeopardize Rainier AG's license and ability to operate as a financial institution under Swiss law.  In addition, it could potentially expose Rainier AG to liability given the concern that the securities at issue are not in fact owned by Consul.

11.    While Rainier AG maintains an interest in the funds and securities deposited by Consul pursuant to the Brokerage Agreement, its position is that any disputes regarding the Brokerage Agreement, including the propriety of limiting Consul's access to its account pursuant to Section 17 must be addressed in the Swiss judicial system as expressly agreed upon by the parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on May 20, 2019 in Zurich, Switzerland.

Tatjana Gutschmidt El Chbeir

Declaration of Tatjana Gutschmidt El Cheibr