# EXHIBIT A


**Rainier AG**
SWISS ASSET MANAGEMENT

| Account #: |
|---|
| Approved By: |
| Account Open Date: |

# ACCOUNT OPENING DOCUMENTATION
*Corporate Account*

PLEASE BE SURE THAT YOU HAVE READ AND UNDERSTOOD THE RAINIER AG BROKERAGE ACCOUNT AGREEMENT

When returning the account opening documentation, please be sure that you have enclosed the following:

## CORPORATE ACCOUNT

- ☑ New Brokerage Account Opening Application
- ☐ Brokerage Account Agreement
- ☐ Valid picture identification (passport, driver's license, voter's card) for the beneficial owner.
- ☐ Certified Copy of the Certificate of Incorporation
- ☐ Certified Copy of the Memorandum and Articles of Association
- ☐ Corporate Trading Resolution
- ☐ Certified Copy of the Certificate of Good Standing
- ☐ Certificate of Incumbency
- ☐ Trading Authorization Form (optional)
- ☐ Bank Reference addressed to Rainier AG for Beneficial Owner and Authorized Signatory/Signatories (dated within the last 6 months)
- ☐ Character Reference addressed to Rainier AG for Beneficial Owner and Authorized Signatory/Signatories (dated within the last 6 months) – Must be written on the letterhead of the person writing the reference (reference from an accountant, attorney, insurance representative, business partner, pastor, etc).
- ☐ Utility Bill or Credit Card Statement for address verification purposes for Beneficial Owner and Authorized Signatory/Signatories (dated within the last 6 months)
- ☐ Non-solicitation Acknowledgement & Agreement

*\*Accounts will not be opened for US citizens/residents.*

Asset Protection. Wealth Management.



| | |
|---|---|
| Account #: | |
| Approved By: | |
| Account Open Date: | |

# BROKERAGE ACCOUNT APPLICATION

Name of Primary Account Holder or Title of Account  __Consul Group RE 2021, S.R.L.__

*(Write name exactly as it appears on Passport, Driver's License or Certificate of Incorporation)*

Name of Secondary Account Holder: _____

Name of Beneficial Holder:  __Mauricio Lara Ramos__

## COMPANY INFORMATION

| Type of Business: | ☐ Corporation  ☒ Limited Liability Company/ Partnership  ☐ Other | |
|---|---|---|
| Name of Company<br>Consul Group RE 2021, S.R.L. | Email<br>mauricio@laralegalcorp.com | |
| Registered Office<br>Davivienda Building 1st fl. Meridiano Business Center. Escazu, San Jose 10203. Costa Rica | Correspondence Address<br>Same as Registered Office<br>Mail Statements: ☐ YES / ☒ NO | |
| Work No.<br>+506-2505-5025 | Fax No.<br>+506-2505-5099 | |
| **OWNERSHIP DETAILS** (All accounts) | | |
| Name:<br>Mauricio Lara Ramos | % Ownership / Interest<br>100% | |
| Name: | % Ownership / Interest | |
| Name: | % Ownership / Interest | |
| Name: | % Ownership / Interest | |
| NOTE: If more than 4, please attach the remaining ownership details and subsequent details of each owner below. | | |

Asset Protection. Wealth Management.



| Account #: |
|---|
| Approved By: |
| Account Open Date: |

# BENEFICIAL OWNER INFORMATION

## 1. BENEFICIAL OWNER

| Title Mr. | First Name Mauricio | | Last Name Lara | |
|---|---|---|---|---|
| Street Address (No P.O. Box) Davivienda Building 1st fl. Meridiano Business Center, Escazu, San Jose 10203, Costa Rica. | | | City Escazu | Country Costa Rica |
| Nationality Costa Rica | | | Zip/Postal Code 10203 | |
| Passport No. 111800957 | Country of Issue Costa Rica | | Date of Birth (dd/mm/yy) 02/09/1983 | |
| Email Address mauricio@laralegalcorp.com | | | Occupation Attorney at Law | |
| Employer's Name: Lara Legal Corp | | | | |
| Home No. | | | Mobile No. +506-8874-1704 | |
| Work No. +506-4000-2887 | | | Fax No. +506-2228-1514 | |

## 2. BENEFICIAL OWNER

| Title | First Name | Last Name | |
|---|---|---|---|
| Street Address (No P.O. Box) | | City | Country |
| Nationality | | Zip/Postal Code | |
| Passport No. | Country of Issue | Date of Birth (dd/mm/yy) | |
| Email Address | | Occupation | |
| Employer's Name: | | | |
| Home No. | | Mobile No. | |
| Work No. | | Fax No. | |

Asset Protection. Wealth Management.

Neugasse 15, CH-6301 Zug, Switzerland | www.rainier.ch | info@rainier.ch



| | Account #: |
| --- | --- |
| | Approved By: |
| | Account Open Date: |

## INVESTMENT OBJECTIVES (*If more than one, please rank 1-8)

| | |
| --- | --- |
| ____ | Long term growth with safety (Long term capital appreciation with relative safety of principal) |
| ____ | Short term growth with high risk (Appreciation with acceptance of High Risk) |
| ____ | Speculative (Want increase in value of investments - High Risk) |
| ____ | Income (Want to use proceeds of the acct. as a source of income) |
| ____ | Growth and Income (Preserve capital as much as possible) |
| ____ | Long term growth with greater risk - Aggressive Growth (Trade volatile securities that have wide changes in price) |
| ____ | Balanced (Diversification of asset classes for equal blend of income and long-term growth) |
| x | Capital Appreciation (High Risk, capital growth invested primarily in stocks and options) |

## CLIENT INFORMATION

| | |
| --- | --- |
| Who referred you to Rainier AG? | Hernan Castro |
| Is the account holder a Politically Exposed Person (PEP)? ☐ Yes / ☒ No | |
| If "yes", please provide further information and attach supporting documentation as necessary. | |
| Is the client or any individual associated with the account an insider, control person (Officer, Director, or 10% stock owner), founder, or promoter of an OTC issuer? ☐ Yes / ☒ No | |
| If "yes", please list the company(s) controlled and position, and attach supporting documentation as necessary. | |
| Is the account holder a Foreign Bank, a Foreign Securities Dealer, or a similar Financial Entity trading on behalf of its own clients (i.e. third parties)? ☐ Yes / ☒ No | |
| Are you aware of any Regulatory Sanctions, Civil Judgments, or Criminal Convictions against the account holder or any individual associated with the account? ☐ Yes / ☒ No | |
| This space may be used to provide further details and supporting documentation to any "yes" responses. | |

4   Asset Protection. Wealth Management.



| | | Account #: |
|---|---|---|
| | | Approved By: |
| | | Account Open Date: |

## INVESTMENT EXPERIENCE

| | Yrs. | Avg. Size | Avg. # P/Yr. |
|---|---|---|---|
| Options: | 8 years | | |
| Stocks: | 10 | | |
| Bonds: | 10 | | |
| Commodities: | 10 | | |
| Other (specify): | | | |

## AUTHORIZED PERSON

If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer:

Name:

Address:

ID#:

Employer:

## INSTRUCTION SCHEDULE   Authorized Signatories

The following persons are hereby authorized to execute any instructions in connection with the account(s) opened pursuant to the Corporate Resolution executed by the company dated 04/20/18 on file with Rainier AG. The signatures adjacent to each of the names are the genuine signatures of such persons and shall operate as specimen signatures of such persons.

| Name (Block Capitals) | Usual Signature | Title (e.g. Director) |
|---|---|---|
| MAURICIO LARA RAMOS | *[signature]* | Manager |
| | | |

### Signature Authority

| ☐ Any one signature required to operate the account | ☐ All signatures required to operate the account |
|---|---|
| ☐ Any two signature required to operate the account | ☐ Other |

Asset Protection. Wealth Management.

Neugasse 15, CH-6301 Zug, Switzerland | www.rainier.ch | info@rainier.ch

A-5



| Account #: |
| --- |
| Approved By: |
| Account Open Date: |

## AUTHORIZED SIGNATORY (If not a Beneficial Owner):

**NOTE:** If more than one, please attach the same signatory details as requested below for any additional signatories

| Title | First Name | | Last Name | |
| --- | --- | --- | --- | --- |
| Street Address (No P.O. Box) | | | City | Country |
| Nationality | | | Zip/Postal Code | |
| Passport No. | | Country of Issue | Date of Birth (dd/mm/yy) | |
| Email Address | | | Occupation | |
| Employer's Name: | | | | |
| Home No. | | | Mobile No. | |
| Work No. | | | Fax No. | |

**NOTE:** If more than one, please attach the same signatory details as requested below for any additional signatories

| Title | First Name | | Last Name | |
| --- | --- | --- | --- | --- |
| Street Address (No P.O. Box) | | | City | Country |
| Nationality | | | Zip/Postal Code | |
| Passport No. | | Country of Issue | Date of Birth (dd/mm/yy) | |
| Email Address | | | Occupation | |
| Employer's Name: | | | | |
| Home No. | | | Mobile No. | |
| Work No. | | | Fax No. | |

6   Asset Protection. Wealth Management.

<mark>



| Account #: |
|---|
| Approved By: |
| Account Open Date: |

## CORPORATE ACCOUNT
(AUTHORIZING TRADING IN SECURITIES FUTURES AND COMMODITIES AND PERMITTING MARGIN TRANSACTIONS, OPTIONS AND SHORT SALES.)

### BOARD OF DIRECTORS RESOLUTION

I, __Mauricio Lara Ramos__, being the Secretary of __Consul Group RE 2021, Ltda__ hereby certify that the annexed resolutions were duly adopted at a meeting of the Board of said Corporation, duly held on the __1__ day of __October__ at which a quorum of said Board of Directors was present and acting throughout, the following resolution, upon motions made, seconded and carried, was duly adopted and is now in full force and effect.

RESOLVED, That the President, Vice President, Treasurer, or __Manager__, or any one of such officers, be and are each hereby fully authorized and empowered for an on behalf of this Corporation to establish one or more accounts which may be margin accounts in order to purchase, invest in, acquire, sell (including short sales), assign, transfer, or otherwise dispose of any and all types and kinds of securities including but not limited to stocks, bonds, debentures, notes, rights, options, warrants, certificates of every kind and nature whatsoever, securities futures and commodities (collectively, "securities") and to enter into agreements, contracts and arrangements with respect to such security transactions whether or with securities related individuals or agents; to execute, sign or endorse on behalf of and in the same agreements and to affix the corporate seal on same. Notwithstanding the foregoing, you are authorized in your discretion to require action by any combination of corporate officers with respect to any matter concerning the corporate account, including but not limited to the giving or cancellation of orders and the withdrawal of money, securities, futures or commodities.

I further certify that the authority thereby conferred is not inconsistent with the Charter or Bylaws of this Corporation, and the following is a true and correct list of officers of this corporation as of the present date:

| Title: Mr. | Name: Mauricio Lara Ramos | Signature: |
|---|---|---|
| | ID#: 111800957 | |
| | ID Type: Passport | Expiration Date: 1/26/2021 | Issued By: Costa Rica | Issue Date: 1/25/2015 |

| Title: | Name: | Signature: |
|---|---|---|
| | ID#: | |
| | ID Type: | Expiration Date: | Issued By: | Issue Date: |

I certify that I am the sole officer and sole director of the aforementioned corporation: _____.

You may rely upon any certification given in accordance with these resolutions, as continuing fully effective unless and until you receive due written notice of a change in or the rescission of the authority so evidenced herein. In the event of any change in the officer or powers of persons hereby empowered, the Secretary shall certify such changes to you in writing, which notification, when received, shall be adequate both to terminate the powers of the persons therefore authorized, and to empower the person thereby substituted.

/ Asset Protection. Wealth Management.



| | |
|---|---|
| Account #: | |
| Approved By: | |
| Account Open Date: | |

The Corporation is formed to engage in the business of __Investments in private companies__ and represents that it is not a commodity pool operator. The Corporation is incorporated in _____Costa Rica_____ and has its principal place of business in __Davivienda Building 1st fl. Meridiano Business Center__

IN WITNESS WHEREOF, I have hereunto affixed my hand this 26____ day of October_____, 20 18____ .

SEAL

The company has no seal.

(If no seal, certify that there is no seal)     Secretary (or officer authorized to act)

Asset Protection. Wealth Management.



**Accredited Investor Form**

The undersigned (the "Investor") hereby certifies to Rainier AG that the Investor is an "Accredited Investor" within the meaning of Rule 501 of Regulation D promulgated under the Securities Act of 1933 based on the following (please initial one or more of the spaces provided):

\_\_\_\_\_ 1. The Investor is a natural person whose individual net worth, or joint net worth with that person's spouse, exceeds $1,000,000 at the time of subscribing.

\_\_\_\_\_ 2. The Investor is a natural person who has an individual income in excess of $200,000 in each of the two most recent years, or joint income with that person's spouse in excess of $300,000 in each of those years, and has reasonable expectation of reaching the same level in the current year.

\_\_\_\_\_ 3. The Investor is a bank as defined in Section 3(a)(2) of the Act or any savings and loan association or other institution as defined in Section 3(a)(5)(A) of the Act, whether acting in its individual or fiduciary capacity; any broker or dealer registered pursuant to Section 15 of the Securities Exchange Act of 1934; any insurance company as defined in Section 2(13) of the Act; any investment company registered under the Investment Company Act of 1940 or a business development company as defined in Section 2(a)(48) of the act; Small Business Investment Company licensed by the U.S. Small Business Administration under Section 301(c) or (d) of the Small Business Investment Administration Act of 1958; any plan established and maintained by a state, its political subdivisions or instrumentality of a state or its political subdivisions for the benefit of its employees, if plan has total assets in excess of $5,000,000; employee benefit plan within the meaning of the Employee Retirement Security Act of 1974 if the investment decision is made by a plan fiduciary, as defined in Section 3(21) of such act, which is either a bank, savings and loan association, insurance company, or registered investment advisor, or if the employee benefit plan has total assets in access of $5,000,000 or, if a self-directed plan, with decisions made solely by accredited investors.

\_\_\_\_\_ 4. The Investor is a private business development company as defined in Section 202(a)(22) of the Investment Advisors Act of 1940.

\_\_ML\_\_ 5. The Investor is an organization described in Section 501©(3) of the Internal Revenue Code or a corporation, a business trust, or partnership, not formed for the specific purpose of acquiring the securities offered, with total assets in excess of $5,000,000.

\_\_\_\_\_ 6. The Investor is an entity in which all of the equity owners are Accredited Investors.

\_\_\_\_\_ 7. The Investor is a trust with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the securities offered, whose purchase is directed by a sophisticated person as described in rule 506(b)(2)(ii) promulgated under the Act.

**NOTE:** If the Investor is an Accredited Investor because all of its equity owners are Accredited Investors (category 6), then information of each such equity owner showing the category which makes such owner an Accredited Investor must be furnished.

The information proved on this form is being furnished to assist in determining whether the undersigned is an Accredited Investor that may be accepted as an investor into investment vehicles pursuant to the Securities Act of 1933, as amended (the "Securities Act") and the securities laws of his/her/its state of residence. The undersigned understands that (i) Rainier AG will rely upon the following information for purposes of making such determination, and (ii) this Questionnaire is not an offer of any securities to the undersigned.

ALL INFORMATION CONTAINED IN THIS QUESTIONNAIRE WILL BE TREATED AS CONFIDENTIAL. The undersigned acknowledges and agrees, however, that Rainier AG may present this Questionnaire to such parties as it deems necessary if required to establish that the proposed offer and sale of a security is exempt from registration under the Securities Act of 1933 or meets the requirements of applicable state securities or "blue sky" laws. The undersigned further acknowledges and agrees that certain securities offerings that he/she/it may be investing in may be required to be reported to the Securities and Exchange Commission and to various state securities or "blue sky" regulators.

Telephone: +41 43 508 2670
Facsimile: +41 44 274 2749
Neugasse 15, CH-6301 Zug, Switzerland

Accredited Investor Form

The above information is true and correct in all material respects, and the undersigned recognizes that Rainier AG, including without limitation its employees, agents and assigned, is relying on the truth and accuracy of such information in determining whether or not to permit the Investor's participation in certain securities offerings and other financial products offered by Rainier AG. The undersigned agrees to notify Rainier AG promptly of any changes in the foregoing information that may occur prior to making an investment in financial products that from time to time may be offered to the undersigned by Rainier AG.

**Print Name:** Mauricio Lara Ramos

**Signature:** *[signed]*

**Date:** 26th October 2018



Client Identity Verification Form

Form for completion by: shareholders, ultimate beneficial owners, general partners, managing members, directors, principals and authorized signatories, promoters and initiators.

Full Name of Individual

| **Mauricio** | **Lara** | **Ramos** |
|---|---|---|
| First Name | Middle Name(s) | Last Name (Surname) |

| Date of Birth | Nationality (passport) | Place of Birth |
|---|---|---|
| **2/9/1983** | **Costa Rica** | **San Jose, Costa Rica** |
| Day / Month / Year | | |

**RESIDENTIAL INFORMATION**  
Street Address

**140th Street, 38-40 Ave**

**BUSINESS INFORMATION**  
Business (Employer) Name / Street Address

**Lara Legal Corp**

| City | State/Province | City | State/Province |
|---|---|---|---|
| **Escazu** | **San Jose** | **Escazu** | **San Jose** |

| Country | Zip/Postal Code | Country | Zip/Postal Code |
|---|---|---|---|
| **Costa Rica** | **10201** | **Costa Rica** | **10203** |

| Telephone | Mobile Phone | Business Telephone | Business Fax |
|---|---|---|---|
| (incl. country and area code) | (incl. country and area code) | (incl. country and area code) | (incl. country and area code) |
| | **+506-8874-1704** | **+506-4000-2887** | **+506-2228-1514** |

| Fax | E-mail Address | Business E-Mail Addr. | Occupation |
|---|---|---|---|
| (incl. country and area code) | | | |
| | | **mauricio@laralegalcorp.com** | **Attorney at Law** |

Are there any material, criminal, civil or administrative proceedings pending or threatened against you or have there ever been any such matters? If yes, provide full particulars.

    ____ Yes (if "yes", please provide information below or attach a separate sheet if needed)    **X**    No

Are you or any of your immediate family members and /or close associates, senior political figures, PEP (Politically Exposed Person) in the executive, legislative, administrative, military or judicial branches of a government, a senior figure of a major political party or a senior executive of a government-owned entity?

    ____ Yes (if "yes", please provide information below or attach a separate sheet if needed)    **X**    No

   Client Identity Verification Form

FOREIGN ACCOUNT TAX COMPLIANCE ACT ("FATCA") NOTICE

We are required to collect information for the Foreign Account Tax Compliance Act or FATCA which is a United States (US) act that required US Persons (individuals and entities), including individuals that live outside the US, to report their financial accounts held outside the US. It also requires foreign financial intuitions (FFI's) to report to the US Internal Revenue Service about their US customers.

US STATUS QUESTIONNAIRE

The following definitions pertain to the questionnaire below.
A "Significant Person" is the creator or economic contributor, in this case the applicant for an account with Rainier AG. It can also be a director, or co-trustee or attorney holder or any ultimate beneficiary of the account who is a US Person.
A "Designated Person" is a person or entity who enjoys powers or rights over or who has a vested interest in relationship/structure. A Designated Person can be the Significant Person. It also can be an enforcer, a beneficiary (fixed or vested) an agent, a guardian and any other "power-holder" on the account including a person or entity who is empowered to appoint such power-holder. The Powers and entitlements of Designated Persons will be specified in the account-related documentation. Note, that a Significant Person may not always be the Designated Person.
A "US Person" is a US citizen; US resident for income tax purposes, (including a "green card" holder) or a person otherwise subject to US federal income tax on worldwide income.

| Question | YES | NO |
|---|---|---|
| Is the Significant or Designated Person a US Person? | ___ YES | _X_ NO |
| Was the Significant or Designated Person present in the US for more than 121 days during the current calendar year or either of the two previous calendar years? | ___ YES | _X_ NO |
| Did the Significant or Designated Person cease to be a US Person (i.e., renounced his US citizenship or relinquished lawful permanent resident status) or was otherwise previously a US person for federal income tax purposes? | ___ YES | _X_ NO |
| Was the Significant or Designated Person born in the US? | ___ YES | _X_ NO |
| Does the Significant or Designated Person have a US residence address or US mailing address (including an "in-care-of" or a "hold-mail" address in the US?) | ___ YES | _X_ NO |
| Are any payments and/or distributions remitted to an account maintained in the US? | ___ YES | _X_ NO |
| Does the Significant or Designated Person ever use a US telephone number? | ___ YES | _X_ NO |
| Are any directions and/or requests received from a US address? | ___ YES | _X_ NO |
| Does a Significant or Designated Person reside in the US or seem to spend more than 4 months in the US each calendar year? | ___ YES | _x_ NO |

 **Client Identity Verification Form**

| | | |
|---|---|---|
| Does a power holder such as an attorney or authorized signatory reside in the US or use a US mailing address? | ___ YES | **X** NO |
| Have you ever had an investment account application refused/account closed by a bank or other financial institution? | **X** YES | ___ NO |

DECLARATION OF TAX STATUS

To enable Rainier AG to confirm and document my tax status accurately (including, but no limited to, my tax status as a U.S. Person or Non-U.S. Person for U.S. federal income tax purposes), I hereby certify that:

1. The information provided above is complete and accurate.
2. I am the beneficial owner of the account, or am authorized to sign on behalf of the individual who is the beneficial owner of the account.
3. I will notify Rainier AG immediately in the event of any change in the personal information provided in this Declaration or in my circumstances relevant to this Declaration, and will provide Rainier AG with an updated Declaration within 30 days of such change occurring. I further understand and agree that any failure to do so shall entitle Rainier AG, in its sole discretion, to terminate any account, in which I have a beneficial interest.
4. I will comply with all tax and exchange control laws, regulations and reporting requirements imposed by any applicable jurisdiction relating to my accounts maintained with Rainier AG.
5. ___ I am currently a US Person. Or **X** I am not currently a US Person and I will notify Rainier AG should I become one.

Please note that you may be required, under certain circumstances, to provide additional information/documentation confirming your tax status before an account is opened.

I, the undersigned, hereby authorize Rainier AG at its sole discretion, to provide a copy of this form and any information regarding any account with Rainier AG to which I am a party to any tax authority or party that is authorized to act on behalf of such an authority.

I, **Mauricio Lara Ramos** _____ declare that the above information is complete and correct to the best of my knowledge and belief and I undertake that, as long as I continue to be an applicant for an account with Rainier AG, I will notify the latter promptly of any material changes affecting the completeness and accuracy of the responses to the above-mentioned questions.

Signature:

Date:

**26/10/2018**

Day / Month / Year

**DOCUMENTS TO BE ATTACHED:**
- ☒ **Government issued photo ID; and**
- ☒ **Proof of current address (e.g. original certified copy utility bill, bank statement etc); or**
- ☒ **Professional or bank reference stating residential address**

Page 3   Telephone: +41 43 508 2670
         Facsimile: +41 44 274 2749
         Neugasse 15, CH-6301 Zug, Switzerland

A-13